# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1318
_____

Neil Dennis Bergeson, Jr., a state citizen,

*Plaintiff - Appellant,*

v.

State of South Dakota; Judge Cullen Parker McNeece; Dylan Kirchmeirier; Jaden Carlson; Zac Angerhofer; Tyler Apple; South Dakota State Bar,

*Defendants - Appellees.*
_____

Appeal from United States District Court
for the District of South Dakota - Northern
_____

Submitted: June 8, 2022
Filed: June 13, 2022
[Unpublished]
_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Neil Bergeson appeals a decision of the district court[1] granting the motions of several defendants to dismiss in his civil action. We conclude that the district court did not abuse its discretion in allowing tribal officer Jaden Carlson to file a motion to dismiss out of time due to excusable neglect, *see Albright ex rel. Doe. v. Mountain Home Sch. Dist.*, 926 F.3d 942, 951 (8th Cir. 2019), and did not err in dismissing the claims against him based on tribal sovereign immunity, *see Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007); *Hagen v. Sisseton-Wahpeton Cmty. Coll.*, 205 F.3d 1040, 1043 (8th Cir. 2000); *see also Dry v. United States*, 235 F.3d 1249, 1253 (10th Cir. 2000). To the extent Bergeson appeals the dismissal of his claims against the other defendants, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.